UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| SHARON BRUNO, | ) | |
| | ) | |
| Plaintiff, | ) | 2:11-cv-00671-LDG-CWH |
| | ) | |
| vs. | ) | <u>ORDER</u> |
| | ) | |
| KOHL'S DEPARTMENT STORES., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court on Defendant Dent Enterprises, Inc.'s Substitution of Attorney (#10), filed September 9, 2011. Having reviewed the stipulation, the Court finds that requirements of LR IA 10-6(c) have been met. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Dent Enterprises, Inc.'s Substitution of Attorney (#10) is **granted**.

DATED this 12th day of September, 2011.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge