UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHARON BRUNO,<br><br>                Plaintiff,<br><br>vs.<br><br>KOHL'S DEPARTMENT STORES., *et al.*,<br><br>                Defendants. | 2:11-cv-00671-LDG-CWH<br><br>ORDER |

      This matter is before the Court on Defendant Kohl's Department Stores, Inc.'s Motion for Leave to Amend its Answer to Assert Cross-Claims against Dentco (#8), filed June 21, 2011, and Defendant Kohl's Motion for Leave to File Third-Party Complaint (#17), filed February 7, 2012. Both motions are unopposed.

      Pursuant to Local Rule (LR) 7-2(d), "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Defendant Kohl's seeks leave to amend its answer to include cross-claims against co-Defendant Dentco. *See* Def.'s Mot. (#8). The request has gone unopposed and, therefore, pursuant to LR 7-2(d), shall be granted.

      Defendant Kohl's also requests leave to amend its answer to include a third-party complaint against MCDM Investments, LLC. *See* Def.'s Mot. (#17). The motion is also unopposed and shall be granted on those grounds. Morever, Rule 14(a) expressly permits impleader where the proposed third-party defendant "is or may be liable" to the original defendant and the third-party complaint asserts at least a colorable claim for relief. The Court finds those requirements have been met in this instance.

      Based on the foregoing and good cause appearing therefore,

      **IT IS HEREBY ORDERED** that Defendant Kohl's Department Stores, Inc.'s Motion

for Leave to Amend its Answer to Assert Cross-Claims against Dentco (#8) is **granted**.

**IT IS FURTHER ORDERED** that Defendant Kohl's Motion for Leave to File Third-Party Complaint (#17) is **granted**.

DATED this 27 day of February, 2012.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge